# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>(1) DONTRELL ANTHONY POWELL [DOB: 10-23-1989],<br>(2) WILLIE MURRAY, JR. [DOB: 09-10-1982],<br>(3) DRESHAWN POWELL [DOB: 05-12-1997], and<br>(4) MARK MONTA LOGAN [DOB: 02-05-1991]<br>*Defendant(s)* | Case No.<br>24-mj-2005DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Jan. 15, 2024 - Jan. 18, 2024 in the county of Greene in the Western District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. | Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:
See Attached Affidavit of DEA Special Agent Jonathon Richards (see Attachment B).

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathon Richards, DEA Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 1/19/24

*Judge's signature*

City and state: Springfield, Missouri    David P. Rush, United States Magistrate Judge
*Printed name and title*