# ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but at least as early as January 15, 2024, and continuing to on or about January 18, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DONTRELL ANTHONY POWELL**, **WILLIE MURRAY, JR.**, **DRESHAWN POWELL**, and **MARK MONTA LOGAN**, knowingly and intentionally conspired and agreed with each other, and with others known and unknown, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

**RANGE OF PUNISHMENT:**

21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
NLT 10 Years Imprisonment
NMT Life Imprisonment
NMT $10,000,000 Fine
NLT 5 Years Supervised Release
Class A Felony

$100 Special Assessment