# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>               Plaintiff,<br><br>    v.<br><br>**(01) DONTRELL ANTHONY POWELL**,<br>[DOB: 10-23-1989],<br><br>**(02) WILLIE MURRY, JR.**,<br>[DOB: 09-10-1982],<br><br>**(03) DRESHAWN POWELL**,<br>[DOB: 05-12-1997],<br><br>    and<br><br>**(04) MARK MONTA LOGAN**,<br>[DOB: 02-05-1991],<br><br>               Defendants.<br><br>**Defendants/Counts:**<br>**(01) Don. Powell: 1-4, 6, 7, and FA**<br>**(02) Murry: 1, 2, 5, and FA**<br>**(03) Dre. Powell: 1, 2, and FA**<br>**(04) Logan: 1, 2, 5, and FA** | No.  24-03019-01/04-CR-S-BCW<br><br>**COUNTS 1 & 2**<br>**(DONTRELL ANTHONY POWELL)**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846<br>NLT 15 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $20,000,000 Fine<br>NLT 10 Years Supervised Release<br>Class A Felony<br><br>**COUNTS 1 & 2**<br>**(ALL OTHER DEFENDANTS)**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846<br>NLT 10 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 3**<br>18 U.S.C. § 924(c)(1)(A)<br>NLT 5 Years Imprisonment<br>(Consecutive to All Counts)<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 4**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 5**<br>18 U.S.C. § 1952(a)(3)(A)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony |

**COUNT 6**
18 U.S.C. § 1956(a)
NMT 20 Years Imprisonment
NMT $500,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNT 7**
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**FORFEITURE ALLEGATION**
21 U.S.C. § 853

**PRIOR CONVICTION**
**(DONTRELL ANTHONY POWELL)**
21 U.S.C. § 851

$100 Special Assessment (Each Count)

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

**COUNT 1**
(Conspiracy to Possess with Intent to Distribute 500 Grams or More of a
Mixture or Substance Containing a Detectable Amount of Methamphetamine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846

Beginning on an unknown date, but at least as early as January 15, 2024, and continuing to on or about January 18, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DONTRELL ANTHONY POWELL**, **WILLIE MURRY, JR.**, **DRESHAWN POWELL**, and **MARK MONTA LOGAN**, knowingly and intentionally conspired and agreed with each other and with others, known and unknown to the Grand Jury, to possess, with the intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Attempted Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable amount of Methamphetamine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846

On or about January 18, 2024, in Greene County, in the Western District of Missouri, the defendants, **DONTRELL ANTHONY POWELL**, **WILLIE MURRY, JR.**, **DRESHAWN POWELL**, and **MARK MONTA LOGAN**, knowingly and intentionally attempted to possess, with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT 3
(Possession of Firearm in Furtherance of Drug Trafficking Crime)
18 U.S.C. § 924(c)(1)(A)

On or about January 18, 2024, in Greene County, in the Western District of Missouri, the defendant, **DONTRELL ANTHONY POWELL**, did knowingly possess firearms, to wit: (1) an Anderson Manufacturing, AM-15, multi-caliber, semi-automatic pistol, bearing serial number 21270256; and (2) a Glock, 23 Gen 4, .40 caliber semi-automatic pistol, bearing serial number YME635, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 1, and attempted possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 2, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 4**
(Possession of Firearm by Prohibited Person)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about January 18, 2024, in Greene County, in the Western District of Missouri, the defendant, **DONTRELL ANTHONY POWELL**, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) an Anderson Manufacturing, AM-15, multi-caliber, semi-automatic pistol, bearing serial number 21270256; and (2) a Glock, 23 Gen 4, .40 caliber semi-automatic pistol, bearing serial number YME635, and the firearms were in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 5**
(Interstate Travel for Unlawful Activity)
18 U.S.C. § 1952(a)(3)(A)

Between on or about January 16, 2024, and January 18, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **WILLIE MURRY, JR.**, and **MARK MONTA LOGAN**, traveled in interstate commerce from the State of Kansas to the State of Missouri with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

**COUNT 6**
(Money Laundering – Financial Transaction to Promote Specified Unlawful Activity)
18 U.S.C. § 1956(a)(1)(A)(i)

On or about January 5, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **DONTRELL ANTHONY POWELL**, did knowingly and intentionally

conduct or attempt to conduct a financial transaction affecting interstate commerce, said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), and did so with the intent to promote the carrying on of specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 7
(Possession of Firearm by Prohibited Person)
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

On or about June 12, 2022, in Greene County, in the Western District of Missouri, the defendant, **DONTRELL ANTHONY POWELL**, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, 22 Gen 4, .40 caliber semi-automatic pistol, bearing serial number YDR143, and the firearm was in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 above are hereby incorporated as though fully set forth herein for the purpose of charging criminal forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853.

As a result of committing the controlled substance offense alleged in Count 1 of this Indictment, **DONTRELL ANTHONY POWELL**, **WILLIE MURRY, JR.**, **DRESHAWN POWELL**, and **MARK MONTA LOGAN**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained directly or indirectly, as a result of the said violations, and any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to a forfeiture money judgment representing proceeds the defendants personally obtained, directly and indirectly, as a result of their participation in the drug conspiracy alleged in Count 1.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

## PRIOR CONVICTION

Prior to the commission of the offense charged in this Indictment, the defendant, **DONTRELL ANTHONY POWELL**, was convicted of Possession of Dangerous Drugs for Sale, a Class 2 felony in violation of ARIZONA REVISED STATUTES 13-3407A.2, in the Mohave County, Arizona, Superior Court, case number CR201400925, which is a serious drug felony for which the defendant served more than 12 months' imprisonment and was released from any term of imprisonment for the same within 15 years of the commencement of the instant offense.

All in accordance with Title 21, United States Code, Section 851.

**A TRUE BILL**

*/s/ Kimberley Deardorff*
**FOREPERSON OF THE GRAND JURY**

*/s/ Jessica R. Eatmon*
**JESSICA R. EATMON**
Assistant United States Attorney

DATED:     2/6/2024
             Kansas City, Missouri