

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Mark Monta Logan

Alias Name:

Birth Date: 02/05/1991

**Related Case Information**

Superseding Indictment? ☐ Yes ■ No  If yes, original case number:
New Defendant(s)? ■ Yes ☐ No

Prior Complaint Case Number, if any: 24-mj-02005DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Eatmon, Jessica R.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ■ No
**Warrant Required?** ☐ Yes ■ No

**U.S.C. Citations**

Total # of Counts: 3 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 2 |
| 3 | 18:1952-7460.F RACKETEERING - NARCOTICS | 5 |
| 4 | 21:853.F CRIMINAL FORFEITURES | FA |

(May be continued on reverse)

revised: 07/28/2021

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |