

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Dontrell Anthony Powell

Alias Name:

Birth Date: 10/23/1989

**Related Case Information**

Superseding Indictment?  ☒ Yes  ☐ No   If yes, original case number: 24-03019-CR-S-BCW

New Defendant(s)?  ☐ Yes  ☒ No

Prior Complaint Case Number, if any: 24-mj-02005DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Eatmon, Jessica R.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**  ☐ Yes  ☒ No
**Warrant Required?**  ☐ Yes  ☒ No

**U.S.C. Citations**

Total # of Counts    6 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|---------------------------------------------|----------|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 2 |
| 3 | 18:1956-6801.F MONEY LAUNDERING - CONTROLLED SUBSTANCE; SELL/DISTR | 3 |
| 4 | 21:841A=NP.F NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE | 5 |

(May be continued on reverse)

revised: 07/28/2021

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 6 |
| 6 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 7 |
| 7 | 21:853.F CRIMINAL FORFEITURES | FA |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |