

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**          **Matter to be Sealed**
Greene / Southern                                    ☒ Secret Indictment
                                                     ☐ Juvenile

**Defendant Information**

Defendant Name: Stevie Delane Logan, Jr.

Alias Name:

Birth Date: 05/06/1990

**Related Case Information**

Superseding Indictment? ☒ Yes  ☐ No   If yes, original case number: 24-03019-CR-S-BCW
New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Eatmon, Jessica R.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody          **Writ Required?**    ☐ Yes  ☒ No
☐ Currently in State Custody            **Warrant Required?** ☒ Yes  ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    3 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 18:1952-7400.F RACKETEERING - TRANSPORTING IN AID OF | 8 |
| 3 | 21:841 NP.F CONTROLLED SUBSTANCE – POSSESSION WITH INTENT TO DISTR[I] | 9 |
| 4 | 21:853.F CRIMINAL FORFEITURES | FA |

(May be continued on reverse)

revised: 07/28/2021

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |